IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joy Doreen Watson,<br><br>　　　　Movant,<br><br>　　v.<br><br>United States of America,<br><br>　　　　Respondent. | CR 08-00258 PHX SRB<br>CIV 12-01104 PHX SRB (MEA)<br><br>ORDER |

**IT IS ORDERED that** Movant's motion at Doc. 7 is **granted**. Accordingly, Movant shall have until December 10, 2012, to file a reply to the response to the section 2255 motion.

DATED this 8th day of November, 2012.

_____
Mark E. Aspey
United States Magistrate Judge