

December 3, 2012

Clerk of the Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Ste 130, SPC 1
Phoenix, AZ   85003-2118

Dear Clerk of the Court:

This is my first request for a copy of two sealed filings as follows:

1. Eleven Page pleading containing Objections to the Presentence Report filed by Defense Counsel Derrickson on July 30, 2009.

2. Defendant's Sentencing Memorandum filed August 6, 2009.

Thank you,

Joy Doreen Watson
#88088-008
Federal Correctional Institution
5701 8th Street - Camp Parks
Dublin, CA   94568


Case No.   2:12-cv-01104-SRB-MEA
USDC No.   2:08-CR-00258-SRB