Joy Doreen Watson #88088-008
Federal Correctional Institution
5701 8th Street- Camp Parks
Dublin, CA  94568
Reg. #88088008
Unit A/B

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

     DEC 1 0 2012

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ P DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, Phoenix

| | |
|---|---|
| JOY DOREEN WATSON, | Case No. 2:12-CV-01104-SRB-MEA |
| Defendant-Petitioner, | Case No. 2:08-CR-00258-SRB |
| vs. | |
| UNITED STATES OF AMERICA | Motion for 2nd Request for Extension of Time |
| Plaintiff-Respondent. | |

---

Defendant-Petitioner Joy Doreen Watson(Hereinafter, "Ms. Watson") respectfully requests a SECOND extension for 45 days.

I am now aware of two sealed filings which I have never been presented.  I have requested the court clerk to release these sealed filings in order that I may review them and respond in my response.

Respectfully requested this 3rd day of December 2012.

_____
Joy D. Watson, pro se

Certificate of Service

I hereby certify that on December 3rd, 2012, I mailed the above motion to the Clerk's Office and a copy to the U.S. Attorney's Office, and the District Court.

Clerk of the Court
District Court
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St, Ste 130, SPC 1
Phoenix, AZ  85003-2118

Jennifer Elaine Green
U.S. Attorney's Office
2 Renaissance Square
40 N. Central Ave, Ste. 1200
Phoenix, AZ  84005-5508

Page 1 of 1